UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

MELISSA FENDLEY,
an individual,

    Plaintiff,

vs.

CASE NO: 2:23-cv-01724-GMB

DKK PROPERTIES, LLC,

    Defendant.

## JOINT STIPULATION OF DISMISSAL

COME NOW Plaintiff, **Melissa Fendley**, and Defendant, **DKK Properties, LLC,** by and through undersigned counsel, and jointly advise the Court an amicable resolution has been reached to settle this matter in its entirety.

THEREFORE, IT IS HEREBY STIPULATED, by and between the parties in the above-captioned action that this matter be dismissed with prejudice and with costs taxed as paid.   Respectfully submitted this the 19th day of February, 2024.

*/s/ Edward I. Zwilling*
Edward I. Zwilling, Esq.
Attorney for Plaintiff
Law Office of Edward I. Zwilling, LLC
4000 Eagle Point Corporate Dr.
Birmingham, Alabama, 35242
Telephone: (205) 822-2701
edwardzwilling@zwillinglaw.com

*Whitney R. Brown, Esq.*
Whitney R. Brown, Esq.
Attorney for Defendant
Lehr Middlebrooks
P.O. Box 11945
Birmingham, AL 35202
(205) 323-9274
wbrown@lehrmiddlebrooks.com