UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MELISSA FENDLEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2:23-cv-1724-GMB ) |
| DKK PROPERTIES, LLC, | ) ) |
| Defendant. | ) |

## **FINAL ORDER**

The parties to this action filed a Joint Stipulation of Dismissal that complies with Federal Rule of Civil Procedure 41. Doc. 7.  Accordingly, it is ORDERED that this matter is DISMISSED with prejudice, each party to bear its own costs. Fed. R. Civ. P. 41(a)(1)(A)(ii).

DONE and ORDERED on February 20, 2024.

_____
GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE